DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JEAN ROUSSELLE,

Appellant,

v.

CITY OF LARGO,

Appellee.

No. 2D22-4072

_____

November 15, 2023

Appeal from the Circuit Court for Pinellas County; Amy Williams, Judge.

Benjamin Hillard and Amy Cuykendall Jones of Hillard Cuykendall, P.A., Largo, for Appellant.

Matthew D. Weidner of Weidner Law, P.A., St. Petersburg, for Appellee.


PER CURIAM.

    Affirmed.

SLEET, C.J., and CASANUEVA and BLACK, JJ., Concur.

_____

Opinion subject to revision prior to official publication.